\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>NORTHERN</u> DISTRICT OF <u>NEW YORK</u>

JUDGMENT IN A CIVIL CASE

DOCKET NO.   1:06cv350 (GLS/DRH)

**GEORGE MERCIER,**

                        **Plaintiff(s),**

    v.

**THE GOVERNOR OF THE STATE OF NEW YORK,**

                        **Defendant(s).**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   x         **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's in forma pauperis application is granted,

and this action is dismissed pursuant to 28 USC § 1915(e)(2)(B),

all in accordance with the Decision and Order of the

Hon. Gary L. Sharpe, US District Judge, dated 4/5/06.

*(signature)*
Clerk of Court

**DATE:** **April 5, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK